AP-77,036
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/17/2015 6:59:42 PM
Accepted 9/18/2015 8:45:41 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

No. AP-77,036

FILED IN
COURT OF CRIMINAL APPEALS

September 18, 2015

ABEL ACOSTA, CLERK

**JUAN BALDERAS**
  *Appellant,*

On Direct Appeal from the 179th District Court of Harris County, Texas; Cause No. 1412826.

**v.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS IS A DEATH PENALTY CASE

**THE STATE OF TEXAS**

_____

# NOTICE OF APPEARANCE
# FOR ORAL ARGUMENT

_____

**R. Scott Shearer**
TBA No. 00786464
917 Franklin, Suite 320
Houston, Texas 77002
(713) 254-5629
(713) 224-2889 FAX
*ShearerLegal@Yahoo.com*

**Attorney for Appellant
(court-appointed)**

September 17, 2015

I.

Appellant has been notified that oral argument in the above cause has been scheduled for Wednesday, October 7, 2015 at 9:00 A.M.

II.

Appellant intends to argue points 3, 4, and 5 of his appellate brief concerning the State's use of an interpreter. Appellant also intends to argue the contents of his reply brief concerning these same points, which is in the process of being completed.

Respectfully submitted,

/s/ R. SCOTT SHEARER
**R. Scott Shearer**

# CERTIFICATE OF SERVICE

I certify that a copy of this notice of appearance for oral argument has been served upon the State of Texas by e-mailing a copy of same to the following parties at their respective addresses on this the 17th day of September, 2015:

DISTRICT ATTORNEY'S OFFICE
A.D.A. ALAN CURRY
APPELLATE DIVISION
DISTRICT ATTORNEY'S OFFICE
1201 FRANKLIN
HOUSTON, TX 77002

DISTRICT ATTORNEY'S OFFICE
A.D.A. CLINTON MORGAN
APPELLATE DIVISION
DISTRICT ATTORNEY'S OFFICE
1201 FRANKLIN
HOUSTON, TX 77002
*MORGAN_CLINTON@dao.hctx.net*

/s/ R. SCOTT SHEARER
**R. Scott Shearer**